No. 74–1095. DENTON *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 74–1102. NATIONAL MARITIME UNION OF AMERICA, AFL-CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–1131. KALAMAZOO BOARD OF EDUCATION *v.* OLIVER, BY JONES, ET AL.; and
No. 74–1132. MICHIGAN STATE BOARD OF EDUCATION ET AL. *v.* OLIVER, BY JONES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 74–1188. KERRIGAN ET AL. *v.* MORGAN ET AL.; and
No. 74–1190. WHITE, MAYOR OF BOSTON, ET AL. *v.* MORGAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 74–1196. KLINE ET AL. *v.* COLDWELL, BANKER & Co. ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–1199. BROWN ET UX. *v.* WOOD, JUDGE, ET AL. Sup. Ct. Ark. Certiorari denied.

No. 74–375. SHELL CHEMICAL Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–736. WASHINGTON RESEARCH PROJECT, INC. *v.* DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–906. PARKER *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.